SEYFARTH SHAW LLP
Charlotte K. Hodde (OR Bar No. 161724)
chodde@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814
Telephone:   (916) 498-7035
Facsimile:   (916) 558-4839

SEYFARTH SHAW LLP
Christian J. Rowley (CA SBN 187293) (admitted *pro hac vice*)
crowley@seyfarth.com
Sean T. Strauss (CA SBN 245811)
(admitted *pro hac vice*)
sstrauss@seyfarth.com
Galen P. Sallomi (CA SBN 306743)
(admitted *pro hac vice*)
gsallomi@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:   (415) 397-2823
Facsimile:   (415) 397-8549

Attorneys for Defendant
KAISER FOUNDATION HOSPITALS

Ray D. Hacke
Pacific Justice Institute
317 Court St. NE, Suite 202
Salem, OR 97301
Telephone: (503) 917-4409
Facsimile: (916) 857-6902
Email: rhacke@pji.org

Attorney for Plaintiff
LUCINDA MILLER

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| LUCINDA MILLER,<br><br>       Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HOSPITALS, A Corporation, and DOES 1-50, inclusive,<br><br>       Defendants. | Case No. 3:22-cv-02002-YY<br><br>Assigned to: Magistrate Judge Youlee Yim You<br><br>**JOINT STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE**<br><br>Date Filed:      12/29/2022 |

Plaintiff Lucinda Miller and defendant Kaiser Foundation Hospitals ("KFH") hereby stipulate to the dismissal of all causes of action in the above-captioned complaint with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Respectfully submitted, this 14th day of November, 2023.

| SEYFARTH SHAW LLP | PACIFIC JUSTICE INSTITUTE |
|---|---|
| By: */s/ Galen P. Sallomi* <br> Charlotte K. Hodde <br> Christian J. Rowley <br> Sean T. Strauss <br> Galen P. Sallomi <br><br> Attorneys for Defendant <br> KAISER FOUNDATION HOSPITALS | By: */s/ Ray Hacke* <br> Ray D. Hacke <br><br> Attorney for Plaintiff <br> LUCINDA MILLER |

Pursuant to L.R. 11, I, Galen P. Sallomi, hereby certify that the content of this document is acceptable to Ray D. Hacke, counsel for Plaintiff, and that has provided his authorization to affix his electronic signature to this document.

SEYFARTH SHAW LLP

By: /s/ *Galen P. Sallomi*
    Galen P. Sallomi